# Court of Appeals
# of the State of Georgia

ATLANTA,  December 23, 2019

*The Court of Appeals hereby passes the following order:*

## A20A0254.  INEZ BATSON, AS GUARDIAN OF DEBRA BATSON, WARD v. SARAH MOORE.

Appellant Inez Batson, as Guardian of Debra Batson, an adult ward ("Batson"), and Appellee Sarah Moore ("Moore") have filed a joint motion to remand the above-referenced appeal to the trial court for approval of the parties' settlement agreement. See OCGA § 29-5-23 (c) (5) (permitting a trial court to grant a conservator the power to engage in settlement negotiations for the ward under certain circumstances). The parties represent that they reached a settlement agreement on or about October 21, 2019 after Batson appealed the trial court's grant of summary judgment in favor of Moore. The parties' joint motion to remand is hereby GRANTED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  12/23/2019
    I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court
hereto affixed the day and year last above written.

_____ , Clerk.